811 P.2d 790

**J.D. CAMPBELL, J.D. Campbell Realty Company, Sunrise Water Company, Petitioner Employers,**

v.

**The INDUSTRIAL COMMISSION OF ARIZONA, Respondent,**

**Robert L. Ritter, Respondent Employee,**

**Arizona Department of Economic Security—Division of Vocational Rehabilitation, Campbell's Mercantile, Inc., Respondent Employers,**

**No Insurance Fund of the Industrial Commission of Arizona, State Compensation Fund, Respondent Carriers.**

No. CV–90–0303–PR.

Supreme Court of Arizona.

June 11, 1991.

### ORDER

ORDERED: Vacating the order granting review in this matter as having been improvidently granted.

FURTHER ORDERED: Petition for Review—DENIED.